# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

YVETTE THOMAS

VERSUS

NADA FOOD MARKET INC. ET AL

NO.   2022 CW 0659

**OCTOBER 24, 2022**

---

In Re:   Nada 4 Inc., d/b/a Nada Meat Market, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 693230.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**JMM**
**PMc**

**Holdridge, J.,** concurs. There are conflicting issues as to the placement of the warning sign that preclude the granting of a motion for summary judgment; however, this action does not preclude the relator from filing a subsequent motion for summary judgment.

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

DEPUTY CLERK OF COURT
FOR THE COURT